IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| National Trust Insurance Company, | Case No. 3:18 CV 1104 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Bankers Standard Insurance Company, | |
| Defendant. | |

This Court held a Phone Status on November 30, 2018. Counsel present: Jennifer Nordstrom for Plaintiff; John Farnan for Defendant.

Counsel represent this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within twenty (20) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 30, 2018